No. ——.  KAPLYSH ET AL. *v.* HERSHEY ET AL.; and

No. 1637, Misc.  SCHWARTZ *v.* LOCAL BOARD No. 23 ET AL.  C. A. 6th Cir.  Applications for stays of induction presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS is of the opinion that the stays should be granted.  *Ralph Rudd* for applicants Kaplysh et al.  *Solicitor General Griswold* for respondents in each case in opposition.

No. 573.  NATIONAL LABOR RELATIONS BOARD *v.* GISSEL PACKING CO., INC., ET AL.; and

No. 691.  FOOD STORE EMPLOYEES UNION, LOCAL No. 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* GISSEL PACKING CO., INC.  C. A. 4th Cir.  [Certiorari granted, 393 U. S. 997.]  Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.  *J. Albert Woll, Laurence Gold,* and *Thomas E. Harris* on the motion.

No. 488.  DANIEL ET AL. *v.* PAUL.  C. A. 8th Cir.  [Certiorari granted, 393 U. S. 975.]  Request of the United States to participate in oral argument as *amicus curiae* granted and a total of 20 minutes allotted for that purpose.  Counsel appointed to argue in support of judgment of lower court [393 U. S. 1061] shall likewise be allotted an additional 20 minutes to present oral argument in this case.